ANNA SCHNEIDER, Appellant, et al., Plaintiffs, v. PHILIP GRINGER & SONS, INC., Respondent, et al., Defendants.— Action to recover damages for injuries suffered as a consequence of a claimed breach of an express or implied warranty in relation to a coffee-making utensil, the glass portion of which broke in the course of its use by the appellant. Judgment for the defendant unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

ISABEL SCHOENBERG, Appellant, v. IRVING SCHOENBERG, Respondent.— In an action for divorce, order granting defendant's application for a direction to the plaintiff to cease attempting to and imposing upon the two named children the use of any surname other than that of the defendant, modified on the law by inserting a provision that the final judgment be deemed to be amended in conformity with the final ordering paragraph. As thus modified, the order is affirmed, without costs. As the application was made in the action for divorce after the entry of final judgment, section 1170 of the Civil Practice Act requires that it be granted by way of modification of the provisions thereof. Close, P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

SAMUEL SCHWARTZ, Appellant, v. WALTER FASBENDER, Individually and as Supervisor of the Town of Huntington, Respondent.— In a replevin action to recover the sum of $2,802 in cash, judgment in favor of defendant, entered on the verdict of a jury, unanimously affirmed, with costs. No opinion. Present — Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ.

IRVING C. SIMMONS, Respondent, v. PRUDENTIAL INSURANCE COMPANY OF AMERICA, Appellant.— The plaintiff, a guest of a tenant in the defendant's apartment house, left the premises at 2:30 A.M. and fell on a slippery step on defendant's property leading down to the public sidewalk. The atmosphere was misty, damp, and it was cold. Snow had been cleared from the premises and rock salt scattered on the area. Judgment of the City Court of Mount Vernon, entered on the verdict of a jury in favor of plaintiff, reversed on the law, with costs, and the complaint dismissed on the law, with costs. The findings of fact implicit in the verdict are affirmed. There is no evidence of failure to exercise reasonable care. In any event, if actionable negligence were shown a new trial would be granted because of errors in disposing of the requests to charge. Appeal from order dismissed, without costs. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.

ELMIRA STAUBLE, Appellant, v. JOHN J. MCCLOSKEY, JR., as Sheriff of the City of New York, Respondent, et al., Defendants.— Action to recover damages for alleged wrongful taking of chattels, in violation of plaintiff's alleged right to possession thereof. Plaintiff moved to strike out defenses in the amended answer of respondent on the ground that they are insufficient in law, and respondent made a cross motion to dismiss the complaint as insufficient in law. Order granting respondent's motion to dismiss the complaint and denying plaintiff's motion to dismiss the defenses, and judgment entered thereon dismissing the complaint, unanimously affirmed, with $10 costs and disbursements. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Adel, JJ.